UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES D. GREENE, JR., | Case No.: |
| Plaintiff, | |
| v. | |
| PENN CREDIT CORPORATION, | COMPLAINT AND DEMAND FOR JURY TRIAL |
| Defendant. | (Unlawful Debt Collection Practices) |

## COMPLAINT

JAMES D. GREENE, JR. ("Plaintiff"), by and through her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against PENN CREDIT CORPORATION ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq*.

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. §1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28

U.S.C. §1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3. Defendant conducts business in the State of Delaware, and as such, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. §1391 (b)(2).

**PARTIES**

5. Plaintiff is a natural person residing in Felton, Delaware 19943.

6. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. §1692 a(3).

7. In the alternative, Plaintiff is a person granted a cause of action under the FDCPA, See §1692 (k)(a) and Wenrich v. Cole, 2000 U.S. Dist. LEXIS 18687 (E.D. Pa. Dec. 22, 2000).

8. Defendant is a national debt collection company with its corporate headquarters located at 916 South 14th Street, Harrisburg, Pennsylvania 17104.

9. Defendant collects, and attempts to collect, consumer debts incurred, or alleged to have been incurred, for personal, family or household purposes on behalf of creditors and debt buyers using the U.S. Mail, telephone and/or internet.

10. Defendant is a "debt collector" as that term is defined by 15 U.S.C. §1692 a(6), and sought to collect a debt from Plaintiff.

- 2 -

PLAINTIFF'S COMPLAINT

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. Upon information and belief, Defendant was attempting to collect an alleged consumer debt from Plaintiff.

13. Plaintiff has no business debts, and the debt that Defendant was attempting to collect could only have been a personal debt incurred primarily for personal, family or household purposes.

14. Beginning in or around May 2016 and continuing through November 2016, Defendant called Plaintiff's landline telephone excessively each day, often multiple times per day regarding a third party named Daniel.

15. Defendant's calls originated from phone numbers including, but not limited to the following: (800) 900-1370 and (800) 900-1382.

16. Plaintiff told Defendant that they had a wrong number and to stop calling him in or around late May 2016.

17. Defendant heard and acknowledged Plaintiff's request by responding that they would take his number off their list.

18. Once Defendant was informed that its calls were unwanted and to stop, there was no lawful purpose to making further calls, nor was there any good faith reason to place calls.

19. However, Defendant failed to update its records to restrict calls to his cellular telephone and continued to call him repeatedly, often multiple times per day.

20. Plaintiff sent correspondence to Defendant on or around May 23, 2016 requesting that it cease calls. See Exhibit "A".

21. However, Defendant continued to call, including on July 24, 2016, July 28, 2016, August 1, 2016, August 5, 2016 (2 calls), August 9, 2016 August 13, 2016, and August 17, 2016.

22. Plaintiff sent Defendant a second cease and desist letter by certified mail on or about August 18, 2016, requesting again that Defendant stop calling him regarding the other party named Daniel. See Exhibit "B".

23. However, Defendant continued to call Plaintiff through November 2016, prompting Plaintiff to send Defendant a third letter on November 29, 2016. See Exhibit "C".

24. Once Defendant was aware that its calls were unwanted and that it was contacting an incorrect party any continued calls could only have been for the purpose of harassing Plaintiff.

# COUNT I
## DEFENDANT VIOLATED §§1692 d and d(5) OF THE FDCPA

25. A debt collector violates § 1692d of the FDCPA by engaging in conduct of the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

26. A debt collector violates § 1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

27. Here, Defendant violated §§ 1692d and 1692d(5) of the FDCPA by repeatedly and continuously contacting Plaintiff on his landline telephone regarding a third party despite Plaintiff's repeated requests to stop calling and indications that Defendant was calling a wrong number.

WHEREFORE, Plaintiff, JAMES D. GREENE, JR., respectfully prays for judgment as follows:

   a. All actual damages suffered by Plaintiff pursuant to 15 U.S.C. §1692 (k)(a)(1);

   b. Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. §1692 (k)(a)(2)(A);

   c. All reasonable attorneys' fees, witness fees, court courts and other

litigation expenses incurred by Plaintiff pursuant to 15 U.S.C. §1693 (k)(a)(3);

d. Any other relief deemed appropriate by this Honorable Court.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JAMES D. GREENE, JR., demands a jury trial in this case.

Respectfully submitted,

Dated: February 22, 2017          By:*/s/ W. Christopher Componovo*
                                  W. Christopher Componovo
                                  Attorney ID #3234
                                  Kimmel & Silverman, P.C.
                                  Silverside Carr Executive Center
                                  Suite 118
                                  501 Silverside Road
                                  Wilmington, DE 19809
                                  Phone: (302) 791-9373
                                  Facsimile: (302) 791-9476