## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES D, GREEN JR.,  ) | |
| ) | |
| Plaintiff ) | |
| ) | **Case No.: 1:17-cv-00190-UNA** |
| v.  ) | |
| ) | |
| PENN CREDIT CORPORATTION,  ) | |
| ) | |
| Defendant ) | |
| ) | |

### NOTICE OF SETTLEMENT

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated:  April 4, 2017                          BY: */s/ W. Christopher Componovo*
                                                      W. Christopher Componovo
                                                        Attorney ID #3234
                                                        Kimmel & Silverman, P.C.
                                                        Silverside Carr Executive Center
                                                        Suite 118
                                                        501 Silverside Road
                                                        Wilmington, DE 19809
                                                        Phone: (302) 791-9373
                                                        Facsimile: (302) 791-9476
                                                        Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Penn Credit Corporation
916 S 14th Street
Harrisburg PA 17104

Dated: April 3, 2017            BY: */s/ W. Christopher Componovo*
                                W. Christopher Componovo
                                Attorney ID #3234
                                Kimmel & Silverman, P.C.
                                Silverside Carr Executive Center
                                Suite 118
                                501 Silverside Road
                                Wilmington, DE 19809
                                Phone: (302) 791-9373
                                Facsimile: (302) 791-9476
                                Attorney for the Plaintiff